**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-2214**

_____

MARION WILSON,

        Plaintiff - Appellant,

    v.

MONTGOMERY COUNTY; MICHAEL NESSELT; ANGELA WASHINGTON,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Gina Simms, Magistrate Judge.  (8:18-cv-03707-GLS)

_____

Submitted:  January 31, 2022                      Decided:  February 7, 2022

_____

Before NIEMEYER and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Marion Wilson, Appellant Pro Se.  Marc Pemble Hansen, Edward B. Lattner, John Paul Markovs, OFFICE OF THE COUNTY ATTORNEY, Rockville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Wilson appeals the magistrate judge's orders granting Defendants' motion to dismiss Wilson's civil action challenging the termination of his employment and denying Wilson's Fed. R. Civ. P. 59(e) motion.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Wilson v. Montgomery Cnty.*, No. 8:18-cv-03707-GLS (D. Md. Sept. 15, 2020 & Nov. 10, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge. 28 U.S.C. § 636(c).